UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-02850-SSS-DTBx | Date | September 9, 2026 |
| Title | *Michael Devenio v. Bridgette Recksiek, et al.* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE JOINT RULE 26(F) REPORT**

On July 8, 2026, the Court issued an order setting the Scheduling Conference for September 11, 2026. [Dkt. No. 24]. The parties were required to file their Joint Rule 26(f) Report no later than 14 days before this conference. [*Id.* at 2]. As of today's date, the parties have not filed a Joint Rule 26(f) Report.

Accordingly, Plaintiff(s) is **ORDERED TO SHOW CAUSE** in writing why this case should not be dismissed for failure to prosecute. Plaintiff's response is due by September 18, 2026. Failure to file a timely response may result in dismissal of this action. Fed. R. Civ. P. 41(b).

Counsel for Plaintiff(s) and Defendant(s) are also **ORDERED TO SHOW CAUSE** in writing why they each should not be sanctioned $250.00 for their failure to file a timely Joint Rule 26(f) Report. Counsel's response is due by September 18, 2026.

The Scheduling Conference set for September 11, 2026, is continued to September 25, 2026, at 1:00 p.m.

**IT IS SO ORDERED.**